# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

_____ X

Darlene Calderone

                      Plaintiff        10 CV 4480

 -against-

Mercantile Adjustment Bureau, LLC     Defendant

_____ X

# STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

S//JOSEPH M. MAURO         3-21-2011
Joseph M. Mauro             Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//AARON R. EASLEY         3-21-2011
Aaron R. Easley, Esq          Date
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736