UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Darlene Calderone

                        Plaintiff              10 CV 4480

-against-

Mercantile Adjustment Bureau,
LLC                      Defendant

------------------------------------------------------------X

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

S//JOSEPH M. MAURO              3-21-2011
Joseph M. Mauro                    Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S//AARON R. EASLEY              3-21-2011
Aaron R. Easley, Esq              Date
Sessions, Fishman, Nathan & Israel, L.L.C.
200 Route 31 North, Suite 203,
Flemington, NJ 08822-5736

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: March 29, 2011
Central Islip, NY